UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VMP MORTGAGE SOLUTIONS, INC.,

    Plaintiff,

v.                               Case No. 05-CV-74324-DT

eLYNX, LTD.,

    Defendant.
                                              /

**ORDER OF DISMISSAL**

On November 17, 2005, the parties informed the court that they reached an amicable resolution to this matter. Thereafter, the court conducted a hearing, during which the parties recited the terms of their agreement. Pursuant to the terms of the parties settlement,

IT IS ORDERED that this case is DISMISSED with prejudice and without costs to either side. In accordance with the parties agreement, the court will retain continuing jurisdiction to enforce the terms of the settlement.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: November 18, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2005, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522